# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2018

157755

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

JAMES RATZA,
   Plaintiff-Appellant,

v

AJE, LLC d/b/a KART 2 KART, LLC,
   Defendant-Appellee.

SC: 157755
COA: 342968
Macomb CC: 2015-004231-NO

_____/

   On order of the Court, the application for leave to appeal the April 6, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2018



Clerk

a1217